# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6688 | **DATE** | 4/21/2010 |
| **CASE TITLE** | Robert Beach, et al. Vs. City of Markham, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 4/28/2010 is vacated. Status hearing reset to 5/19/2010 at 9:45 a.m. Motion hearing held on 4/21/2010. Plaintiffs' motion to compel certain discovery [34] is granted. Defendants to comply by 5/5/2010. Defendants' motion for entry of a qualified protective order [37] is granted. The Court will issue the plaintiffs' version. Enter Qualified HIPAA and Confidential Matter Protective Order. Defendants' motion to compel plaintiffs' answers to certain discovery [39] is denied. Defendants' motion to extend time to answer or otherwise plead [49] is granted. Officers Brazil and Newman to answer or otherwise plead to the complaint by 5/5/2010.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | RO |
|---|---|---|